William R. Kendall, Esq.
Jeffrey Friedman, Esq.
State Bar No. 3453
137 Mt. Rose Street
Reno, NV 89509
(775) 324-6464
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

JAMIE KIRKPATRICK, individually, and as the natural father and legal guardian of B. W., a minor,

    Plaintiff,

vs.

WASHOE COUNTY, a political subdivision of the State of Nevada; AMY REYNOLDS, ELLEN WILCOX, and LINDA KENNEDY, individually and in their capacities as a social workers for the WASHOE COUNTY DEPARTMENT OF SOCIAL SERVICES, CHILDREN'S SERVICES; SOCIAL SERVICES, CHILDREN'S SERVICES; DOES 1-10,

    Defendants.
_____/

CASE NO.: 3:09-CV-00600-HDM-VPC

**ORDER APPROVING COMPROMISE OF MINOR'S CLAIM**

    Before the Court is the Plaintiff's Petition for Compromise of a Minor's Claim (#107) in accordance with the settlement of the parties.  On 3/15/2017, a telephonic hearing was held regarding the Petition.  The Petition, as presented to the court, is hereby **GRANTED.**

    **IT IS ORDERED** that the settlement between Plaintiff and Washoe County in the amount of $ 85,000.00 is **APPROVED.**  The settlement is to be disbursed $ 15,000.00 to JAMIE KIRKPATRICK on behalf of and for the benefit of the minor, BW, and $ 70,000.00 to the attorneys for Plaintiff, Jeffrey Friedman, Esq., William R. Kendall, Esq., and David J. Beauvais, Esq., as compensation for their prosecution of this matter.

1  The Court finds that $ 15,000.00 in compensatory damages allocated to the minor BW in
2  compromise of the minor's claim in this action is fair, reasonable, and in the best interest of BW.
3  **IT IS FURTHER ORDERED** that upon receiving the compromise proceeds, Plaintiff
4  shall establish a blocked financial investment account in the name of BW at a Nevada state
5  financial institution in the amount of FIFTEEN THOUSAND DOLLARS ($ 15,000.00).
6  **IT IS FURTHER ORDERED** that within 30 days after negotiating the compromise
7  settlement check, the Plaintiff shall file with the Court proof that the blocked financial
8  investment account has been established.  Thereafter, the Plaintiff shall, until further order of the
9  court, annually file with the court a verified report stating the interest earned upon the account
10 and whether any withdrawals had been made from the account for the previous 12 month period.
11 **IT IS FURTHER ORDERED** that no money may be withdrawn from the blocked
12 financial investment account until certification by the Court that BW has reached the age of
13 majority or the Court otherwise issues an order authorizing withdrawal.
14 **IT IS FURTHER ORDERED** that William R. Kendall is appointed as custodian of the
15 blocked investment account and is authorized to establish said account with a Nevada state
16 financial institution and is authorized to execute all documents in order to accomplish this.
17 **IT IS FURTHER ORDERED** that Petitioner, Jamie Kirkpatrick is authorized to sign
18 the release compromising this claim and settling this matter in full.
19 **IT IS FURTHER ORDERED** that the requirement of a bond is waived.
20 Dated this __5th__ day of April, 2017.

_____
UNITED STATES DISTRICT JUDGE