| | |
|---|---|
| 1 | CHRISTOPHER J. HICKS |
| | Washoe County District Attorney |
| 2 | |
| | HERBERT B. KAPLAN |
| 3 | Deputy District Attorney |
| | Bar No. 7395 |
| 4 | P.O. Box 11130 |
| | Reno, NV 89520-0027 |
| 5 | (775) 337-5700 |
| | ATTORNEY FOR DEFENDANT |
| 6 | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JAMIE KIRKPATRICK, individually and as the natural father and legal guardian of BRIANA WHITWORTH, a minor,

    Plaintiffs,

vs.

WASHOE COUNTY, a political subdivision of the State of Nevada; AMY REYNOLDS, ELLEN WILCOX, and LINDA KENNEDY, individually and in their capacities as social workers for the WASHOE COUNTY DEPARTMENT OF SOCIAL SERVICES, CHILDREN'S SERVICES; DOES 1-10,

    Defendants.

Case No. 3:09-CV-00600-ECR-VPC

ORDER GRANTING

**STIPULATION TO DISMISS WITH PREJUDICE**

COME NOW Plaintiff and Defendant, by and through their respective undersigned counsel of record, and hereby stipulate to the dismissal of this action in its entirety, and all claims against Defendant, Washoe County, with prejudice, pursuant to FRCP 41(a). This case was previously dismissed as to the named individual defendants pursuant to Opinion issued on December 9, 2016 by the Ninth Circuit Court of Appeals. The trial scheduled in this matter for November 2017 should be vacated.

//

//

//

-1-

Each party shall bear their own attorney's fees and costs, except as specifically provided in the agreement executed by the parties herein.

The Court should retain jurisdiction over this matter for purposes of the Minor's Compromise.

Dated this 17 day of April, 2017.

WILLIAM R. KENDALL, ESQ.
JEFFREY FRIEDMAN, ESQ.
DAVID J. BEAUVAIS, ESQ.

By: /s/ William R. Kendall
WILLIAM R. KENDALL, ESQ.
137 Mt. Rose Street
Reno, NV 89509
(775) 324-6464

ATTORNEYS FOR PLAINTIFFS

Dated this 17 day of April, 2017.

CHRISTOPHER J. HICKS
Washoe County District Attorney

By: /s/ Herbert B. Kaplan
HERBERT B. KAPLAN
Deputy District Attorney
P. O. Box 11130
Reno, NV 89520
(775) 337 5700

ATTORNEYS FOR DEFENDANT
WASHOE COUNTY

IT IS SO ORDERED.
DATED: April 19, 2017

/s/ Howard D. McKibben

United States District Court Judge

-2-

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of the Office of the District Attorney of Washoe County, over the age of 21 years and not a party to nor interested in the within action. I certify that on this date, the foregoing was electronically filed with the United States District Court. Electronic service of the foregoing document shall be made in accordance with the Master Service List as follows:

Jeffrey Friedman, Esquire

William Kendall, Esquire

David Beauvais, Esquire

Brian Brown, Esquire

Dated this 18th day of April, 2017.

/s/ C. Theumer
C. Theumer