UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMIE KIRKPATRICK, individually, and as the natural father and legal guardian of B. W., a minor,<br><br>Plaintiff,<br>v.<br><br>WASHOE COUNTY, a political subdivision of the State of Nevada; AMY REYNOLDS, ELLEN WILCOX, and LINDA KENNEDY, individually and in their capacities as a social workers for the WASHOE COUNTY DEPARTMENT OF SOCIAL SERVICES, CHILDREN'S SERVICES; SOCIAL SERVICES, CHILDREN'S SERVICES; DOES 1-10,<br><br>Defendants. | Case No. 3:09-cv-00600-HDM-VPC<br><br>ORDER |

Since 2020, no annual report for the blocked account established on behalf of B.W. has been filed in accordance with Nev. Rev. Stat. § 41.200(5)(a). Accordingly, on or before July 31, 2023, counsel for plaintiff shall either file annual reports for the years 2020, 2021, and 2022, or show cause why they should not be required to do so.

IT IS SO ORDERED.

DATED: This 29th day of June, 2023.

_____
UNITED STATES DISTRICT JUDGE