UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMIE KIRKPATRICK, individually, and as the natural father and legal guardian of B. W., a minor,<br><br>                Plaintiff,<br><br>   v.<br><br>WASHOE COUNTY, a political subdivision of the State of Nevada; AMY REYNOLDS, ELLEN WILCOX, and LINDA KENNEDY, individually and in their capacities as a social workers for the WASHOE COUNTY DEPARTMENT OF SOCIAL SERVICES, CHILDREN'S SERVICES; SOCIAL SERVICES, CHILDREN'S SERVICES; DOES 1-10,<br><br>                Defendants. | Case No. 3:09-cv-00600-HDM-VPC<br><br>ORDER |

In accordance with Nev. Rev. Stat. § 41.200(5)(a), plaintiff shall, on or before September 3, 2024, file an annual report for the blocked account established on behalf of B.W. for the year 2023 or show cause why they should not be required to do so.

IT IS SO ORDERED.

DATED: This 1st day of August, 2024.

_Howard D. McKibben_
UNITED STATES DISTRICT JUDGE