UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMIE KIRKPATRICK, individually, and as the natural father and legal guardian of B. W., a minor,<br><br>                    Plaintiff,<br><br>     v.<br><br>WASHOE COUNTY, a political subdivision of the State of Nevada; AMY REYNOLDS, ELLEN WILCOX, and LINDA KENNEDY, individually and in their capacities as a social workers for the WASHOE COUNTY DEPARTMENT OF SOCIAL SERVICES, CHILDREN'S SERVICES; SOCIAL SERVICES, CHILDREN'S SERVICES; DOES 1-10,<br><br>                    Defendants. | Case No. 3:09-cv-00600-HDM-CSD<br><br>ORDER |

In accordance with Nev. Rev. Stat. § 41.200(5)(a), plaintiff shall, on or before September 11, 2025, file an annual report for the blocked account established on behalf of B.W. for the prior 12 months or show cause why they should not be required to do so.

IT IS SO ORDERED.

DATED: This 12th day of August, 2025.

_____
UNITED STATES DISTRICT JUDGE

1